No. 6,719.—REED LAND CO., Respondent, *v.* KARIE REEP ET AL., Appellants.

Decided June 26, 1930.

PER CURIAM.—The motion of respondent to dismiss the appeal in the above-entitled cause on the ground that no transcript has been filed within the time required by subdivision 2 of Rule 4 of the Supreme Court, is sustained.

*Mr. R. V. Bottomly* and *Mr. Harry L. Burns,* for Respondent.

*Mr. H. A. Tyvand,* for Appellant Karie Reep.